## LAW OFFICES OF ALEXANDER SCHWARTZ
ATTORNEYS AT LAW
3695 POST ROAD, SUITE 203
POST OFFICE BOX 701
SOUTHPORT, CONNECTICUT  06890-0701

ALEXANDER H. SCHWARTZ, ESQ.
E-mail: alex@ahschwartz.com
Admitted in Connecticut & New York

TELEPHONE: 203.255.9829

FACSIMILE: 203.255.9839

225 Broadway
Suite 1803
New York, NY 10007

October 12, 2011

Donna F. Martinez
United States Magistrate Judge
450 Main St.
Hartford, CT  06103

Re:   Lockwood v. MBIA Insurance Corporation
      3:10 CV 1321 (RNC)

Dear Judge Martinez:

    I write to request that Marybeth Fougere, an Assistant Vice President and Assistant General Counsel for First Unum Life Insurance Company be permitted to attend the upcoming settlement conference by telephone. Atty. Fougere is very familiar with the facts and circumstances of this case, as she attempted to negotiate a resolution of this case with plaintiff's counsel prior to the initiation of this case. Her personal and work schedules have changed significantly in the recent days, and she will not be able to attend the conference personally. As she is the person at First Unum most familiar with this case, the defendant requests that she be able to participate telephonically.

Yours very truly,

Alexander H. Schwartz

AHS/lzb
cc.   Mark Miller, Esq.